I, Esaias Tucker, inmate number 21683017, case number 4:12cr46-001, write this letter in regards to the status of my motion of Compassionate Release. I filed a Compassionate Release motion on behalf of my case and in the response from the courts my status was to be considered pending upon the decision of the sentencing commission proposal that goes into effect November 1, 2023. It was said by the courts that my motion was factual, that my sentence is extraordinary and compelling due to law changes. I received a sentence of 240 months with 120 months of supervised release. If I had been sentenced today I would not have received the same sentence. My prior charge that was used to enhance my sentence is no longer predicate. Simple drug offense was replaced with serious drug offense to be predicate in enhancing a sentence. Before the sentence commission proposal, it was said that Judges didn't have the discretion to reduce sentences. This proposal, also Congress gave Judges the ability in the Concepcion, gives the Judges the discretion to reduce sentences for inmates who have been incarcerated between the ages of 18-25 and have been incarcerated for over 120 months. I've been incarcerated over 11 years now, I have low custody and low recidivism, and also have been clear of disciplinaries. November 1 has arrived and the sentencing commission proposal is in effect. If my motion is granted and a reduction is considered, my mandatory minimum would be reduced from 240 months to 120 months and I'd be sentenced within my sentencing guidelines. My sentencing guidelines would be 168 months to 192 months. If granted and I'm resentenced within my guidelines, I ask that my two level reduction for accepting responsibility be factored in. I also ask for the twl level drug reduction that was given to inmates in 2016 be factored in as well. I wasn't able to receive the two level drug reduction because of the mandatory minimum. So I write this letter as a reminder that my motion for compassionate release status is pending and, as of November 1, Judges have the discretion to reduce sentences and rule on compassionate release motions. I ask that my motion of Compassionate Release be taken into consideration and looked into. Thanks in advance.

Signature: _/s/ Esaias Tucker_   Date: Nov. 1, 2023

FILED USDC FLMD TL
NOV 6 '23 PM 2:54

Esaias Tucker 21683017
Yazoo City Federal Correctional Institution-Low
P.O. Box 5000
Yazoo City, Mississippi 39194

JACKSON MS 390
2 NOV 2023 PM 3 L

NOV 06 2023

U.S. District Court of Clerk
111 N. Adams St Suite #322
Tallahassee Fl 32301

32301-773097